NO. SCWC-30553

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

PAMELA L. TAYLOR, aka A. El-Hajhd Jamil-Taylor, Esq.,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30553; CR. NO. 09-1-1403)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, and McKenna, JJ.,
and Circuit Judge Chan, assigned by reason of vacancy)

Petitioner/Defendant-Appellant Pamela L. Taylor's

application for writ of certiorari, which was electronically

filed by the clerk on May 30, 2012, is hereby rejected.

DATED: Honolulu, Hawai'i, July 6, 2012.

Pamela L. Taylor,
petitioner, pro se

Kimberly Tsumoto Guidry
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Derrick H.M. Chan

